# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2008

137362

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re RICHARD HUDSON, DENNIS MORGAN
and MICHAEL MORGAN, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellant,

v

MELANIE MORGAN,
        Respondent-Appellee,

and

ANDREW TANNER,
        Respondent.

_____/

SC: 137362
COA: 282765
Clinton CC Family Division:
05-018269-NA

On order of the Court, the application for leave to appeal the August 26, 2008 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be addressed whether: (1) the petitioner presented clear and convincing evidence of statutory grounds for termination of the respondent-mother's parental rights; (2) the petitioner presented clear and convincing evidence that termination was not contrary to the children's best interests; (3) this Court should address the issues raised by the respondent in the Court of Appeals; and (4) the issues raised by the respondent in the Court of Appeals were properly decided.

We further ORDER the Clinton Circuit Court Family Division, utilizing a procedure analogous to that described in Administrative Order 2003-03, to determine no later than November 10, 2008, whether the respondent-appellee is indigent and, if so, to appoint attorney Vivek S. Sankaran, of the University of Michigan Law School, Child Advocacy Law Clinic, if feasible, to represent the respondent in this Court. If the respondent is not indigent, she must retain her own counsel.

The Children's Law Section and the Family Law Section of the State Bar of Michigan are invited to file briefs amicus curiae.  Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2008

Clerk

s1029